**Dismiss and Opinion Filed January 21, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01055-CV**

**IN THE INTEREST OF C.A.I., A CHILD**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-56884-2019**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellant's motion to dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

|  |  |
|---|---|
| | /Cory L. Carlyle// |
| 211055f.p05 | CORY L. CARLYLE |
| | JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF C.A.I., A
CHILD

No. 05-21-01055-CV

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-56884-
2019.
Opinion delivered by Justice Carlyle,
Justices Reichek and Nowell
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Sharon Kay Inman recover her costs, if any, of this appeal from appellant Charles Edward Inman.

Judgment entered this 21st day of January, 2022.